STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v.
THOMAS J. O'SHEA, DEFENDANT-PETITIONER.

See same case below: 28 *N. J. Super.* 374.

*Mr. Joseph H. Gaudielle* and *Mr. James A. Major* for the
petitioner.

*Mr. Paul T. Huckin* for the respondent.

February 23, 1954.   Granted.

BALDWIN CONSTRUCTION CO., *ET AL.*, PLAINTIFFS-RE-
SPONDENTS, v. ESSEX COUNTY BOARD OF TAXATION,
*ET AL.*, DEFENDANTS-PETITIONERS.

See same case below: 28 *N. J. Super.* 110.

*Mr. Theodore D. Parsons, Mr. James Rosen, Mr. Benjamin
M. Taub* and *Mr. Donald Karrakis* for the petitioners.

*Mr. Joseph L. Lippman,* Messrs. *Hannoch, Lasser, Wein-
stein & Myers,* Messrs. *Martin & Reiley, Mr. Selick J.
Mindes,* Messrs. *Levy & Krauss,* and Messrs. *Sanderson &
Engel* for the respondents.

February 23, 1954.   Granted.